# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**JOHN THOMAS MOSS**                                                 **PETITIONER**

**v.**                          **CASE NO. 5:10cv00360 BSM**

**RAY HOBBS, Director of the**
**Arkansas Department of Correction**                            **RESPONDENT**

## JUDGMENT

In accordance with the order entered today, judgment is hereby entered dismissing this petition for writ of habeas corpus without prejudice. The relief sought is denied. The certificate of appealability is denied.

IT IS SO ORDERED this 9th day of June, 2011.

_____
UNITED STATES DISTRICT JUDGE